IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM ANDERSON,<br><br>                                 Plaintiff,<br><br>    v.<br><br>HALBRITTER, et al.,<br><br>                                Defendants. | 2:23-cv-2260-DMC-P<br><br>**ORDER** |

      Defendants filed a motion to defer or deny Plaintiff's motion for summary judgment under Federal Rule of Civil Procedure 56(d). See ECF No. 32. Good cause appearing, Defendants' motion is GRANTED. Defendants shall have until May 20, 2026, to file an opposition to Plaintiff's motion for summary judgment in this matter.

Dated: October 1, 2025

                                                            DENNIS M. COTA<br>                                                             UNITED STATES MAGISTRATE JUDGE